# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

PEDIATRIC SPECIALTY CARE, INC.;
CHILD & YOUTH PEDIATRIC DAY
CLINICS, INC.; TOMORROW'S CHILD
LEARNING CENTER, LLC; JAMES and
STACEY SWINDLE, as parents and next
friends of JACOB and NOAH SWINDLE,
minors; and SUSAN CRESPINO, as parent
and next friend of MICHAEL CRESPINO,
a minor                                                                                                     PLAINTIFFS

VS.                                                     Case No. 4:01CV00830 WRW

ARKANSAS DEPARTMENT OF HUMAN
SERVICES; KURT KNICKREHM, in his
individual and official capacity as DIRECTOR
OF THE ARKANSAS DEPARTMENT OF
HUMAN SERVICES; RAY HANLEY, in his
individual capacity as Director of the Arkansas
Department of Human Services Division of Medical
Services; ARKANSAS FOUNDATION FOR
MEDICAL CARE, INC.; and ROY JEFFUS, in his
official capacity as Interim Director of Arkansas
Department of Human Services Division of Medical
Services                                                                                     DEFENDANTS/THIRD-
                                                                                                     PARTY PLAINTIFFS

VS.

THE UNITED STATES DEPARTMENT OF
HEALTH & HUMAN SERVICES, CENTERS
FOR MEDICARE & MEDICAID SERVICES;
TOMMY THOMPSON, Secretary of the United States
Department of Health & Human Services, in his official
capacity; and MARK MCCLELLAN, Administrator,
United States Department of Health & Human Services
Center for Medicare & Medicaid Services, in his
Official Capacity                                                                            THIRD-PARTY
                                                                                                     DEFENDANTS

**<u>ORDER</u>**

Pending is Plaintiffs' Motion to Compel.[1] The Arkansas Foundation for Medical Care ("AFMC") filed a timely response.[2] The Motion concerns one request for production by Plaintiff. Plaintiff asks the AFMC to produce patient charts reviewed by Dr. Whitaker that were allegedly modified without his knowledge.

The degree of confidentiality given to Peer Review Organizations ("PRO") (now referred to as Quality Improvement Organizations ("QIO")) is the subject of an Order entered on November, 29, 2004. The Order found that under 42 U.S.C. §1320c-9(d), a plaintiff may not discover patient records of non-parties. This is exactly what Plaintiff is seeking when serving a request for the production of thirty-seven (37) patient charts reviewed by Dr. Whitaker. Such charts contain confidential medical information of patients who are not parties to this lawsuit and whose right to privacy would be breached by releasing their medical information. Plaintiffs' Motion to Compel is DENIED.

IT IS SO ORDERED this 14th day of September, 2005.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 262.

[2] Doc. No. 265.