IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PEDIATRIC SPECIALTY CARE, INC.;
CHILD & YOUTH PEDIATRIC DAY
CLINICS, INC.; TOMORROW'S CHILD
LEARNING CENTER, LLC; JAMES and
STACEY SWINDLE, as parents and next
friends of JACOB and NOAH SWINDLE,
minors; and SUSAN CRESPINO, as parent
and next friend of MICHAEL CRESPINO,
a minor**      **PLAINTIFFS**

VS.      4:01CV00830-WRW

**KURT KNICKREHM in his official capacity
as DIRECTOR OF THE ARKANSAS
DEPARTMENT OF HUMAN SERVICES;
RAY HANLEY, in his individual capacity as
Director of the ARKANSAS DEPARTMENT OF
HUMAN SERVICES DIVISION OF MEDICAL
SERVICES; ARKANSAS FOUNDATION FOR
MEDICAL CARE, INC.;and ROY JEFFUS, in his
official capacity as Interim Director of Arkansas**      **DEFENDANTS/
of Medical Services**      **THIRD-PARTY PLAINTIFFS**

### ORDER

Pending is Plaintiffs' Motion for Costs and Attorneys Fees.[1] Defendants responded.[2] After the motion and response were filed, Defendants filed a Petition for Certiorari with the United States Supreme Court.[3] Because this case is still pending before the United States

---

[1] Doc. No. 275.

[2] Doc. No. 279.

[3] Doc. Nos. 282 and 283.

1

Supreme Court, the request for costs and attorneys fees is premature.

The motion is DENIED and DISMISSED without prejudice and may be refiled after the Supreme Court renders a decision.

IT IS SO ORDERED dated this 16th day of March, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE