IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PEDIATRIC SPECIALTY CARE, INC., ET AL                              PLAINTIFFS

v.                     CASE NO.: 4:01CV00830 BSM

ARKANSAS DEPARTMENT OF HUMAN SERVICES,
ET AL                                                              DEFENDANTS

## ORDER OF DISMISSAL

On November 10, 2008, plaintiffs' counsel advised the court that the parties have resolved this matter.

IT IS THEREFORE ORDERED that this action be, and is hereby, dismissed with prejudice.

IT IS SO ORDERED this 13th day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE